## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CLIFFORD NELSON AND SUSAN NELSON, | ) ) | |
| | ) | Case No. 1:19-cv-01005-WS-B |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONSTAR MORTGAGE LLC, d/b/a "MR. COOPER" and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>ENTRY OF APPEARANCE</u>

PLEASE TAKE NOTICE Ashley E. Calhoun of the law firm Akerman LLP enters her appearance on behalf of defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Federal National Mortgage Association in the above-referenced matter and requests all notices given or required to be given and all papers served or filed in connection with the this matter be served upon her at the following address, email, telephone, and facsimile:

<div align="center">

Ashley E. Calhoun
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile:  (303) 260-7714
Email:  ashley.calhoun@akerman.com

</div>

51038286;1

Respectfully submitted, this the 9th day of December, 2019.

<div style="margin-left: 40%;">

*s/ Ashley E. Calhoun*

Ashley E. Calhoun

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700

Denver, CO 80202

Telephone:     (303) 260-7712

Facsimile:     (303) 260-7714

Email: ashley.calhoun@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Federal National Mortgage Association*

</div>

51038286;1