IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLIFFORD NELSON,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 19-01005-WS-B |
| | ) |
| **NATIONSTAR MORTGAGE, LLC,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Motion for Extension of Time (doc. 64) filed by plaintiffs, Clifford and Susan Nelson.

Defendants, Nationstar Mortgage, LLC, and Federal National Mortgage Association, filed Motions for Summary Judgment (docs. 56 & 59) two days apart. In corresponding briefing schedules, the Court ordered the Nelsons to respond to the Nationstar Motion by July 27, 2020 (*see* doc. 57) and to the Fannie Mae Motion by July 29, 2020 (*see* doc. 60).[1] Plaintiffs now request that the briefing deadlines be consolidated and extended by 20 days because (i) the overlapping Rule 56 Motions will benefit from consolidated briefing, and (ii) plaintiffs require additional time to respond because the Motions are extensive, plaintiffs' counsel has other professional obligations, and plaintiffs' counsel is short-handed because of medical issues affecting his staffing levels.

For cause shown, and there being no reason to believe that the requested enlargement of time is either unfairly prejudicial or intended for delay or any other improper purpose, the Motion for Extension of Time is **granted** pursuant to Rule 6(b), Fed.R.Civ.P. The previous briefing schedules (docs. 57 & 60) are **amended** as follows: Plaintiffs are **ordered** to file a

---

[1] Plaintiffs' statement in their Motion for Extension that their response to the Fannie Mae Motion is due by July 20, 2020 is inaccurate. There appears to be a clerical error in the docket text for doc. 60. The Order itself specifies that "[a]ny party opposing the motion must respond … on or before **July 29, 2020**." (PageID.769.)

single consolidated response to both Motions for Summary Judgment, of not more than **35 pages in length**, on or before **August 17, 2020**.  Defendants may file a single consolidated reply, of not more than **20 pages in length**, on or before **August 31, 2020**.  If the Court determines that oral argument is warranted, the parties will be notified and a hearing will be scheduled.  Otherwise the Motions for Summary Judgment will be taken under submission after **August 31, 2020**.

DONE and ORDERED this 16th day of July, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE